IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JULIE RAINWATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | **PLAINTIFF'S MOTION TO REMAND**<br><br>Case No. 4:15-cv-00590-JLH |

Plaintiff Julie Rainwater, on behalf of herself and all others similarly situated, moves this Court to remand this action to the Circuit Court of Faulkner County, Arkansas. For her Motion to Remand, Plaintiff states as follows:

1. When it removed this lawsuit from the Faulkner County, Arkansas Circuit Court, Defendant Keurig Green Mountain, Inc. ("Keurig") asserted that the Class Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA"), bestows jurisdiction on this Court. As shown in this Motion and the accompanying Memorandum in Support, this ground offered in support of removal is meritless.

2. "CAFA provides the federal courts with original jurisdiction to hear a class action if . . . the matter in controversy exceeds the sum or value of $5,000,000." *Standard Fire Ins. Co. v. Knowles*, 133 S. Ct. 1345, 1348 (2013) (quotation omitted). Keurig has not met its burden to show by a preponderance of the evidence that the amount in controversy "at the time of removal" was at least $5,000,000. *Hurst v. Nissan N. Am., Inc.*, 511 Fed. App'x 584, 585-86 (8th Cir. 2013) (reiterating that defendant bears initial evidentiary burden of establishing "the amount in controversy at the time of removal"). In fact, the Complaint itself specifies that the Plaintiff and the Class seek damages well below the jurisdictional minimum. Keurig has failed to carry its burden of proof on the amount in controversy, and there is no diversity jurisdiction under CAFA.

3.	In further support of this Motion, Plaintiff submits the accompanying memorandum of law, which is incorporated here by reference.

WHEREFORE, for the reasons stated in this Motion and the accompanying Memorandum, Plaintiff respectfully requests that this Court enter an Order remanding this case to the Faulkner County, Arkansas Circuit Court.

DATED: September 22, 2015

Respectfully submitted,

/s/ Thomas P. Thrash
Thomas P. Thrash (ABA No. 80147)
Marcus N. Bozeman (ABA No. 95287)
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058 - Telephone
(501) 374-2222 - Facsimile

Dewitt M. Lovelace
**LOVELACE & ASSOCIATES, P.A.**
12870 US Hwy 98 West, Suite 200
Miramar Beach, FL 32550
(850) 837-6020 – Telephone
(850) 837-4093 – Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of this filing to all counsel of record registered with the CM/ECF system, including the following:

Frank Stewart Headlee
Gregory M. Hopkins
HOPKINS LAW FIRM, P.A.
120 East Fourth Street
Little Rock, Arkansas 72201-2893

/s/ Thomas P. Thrash
Thomas P. Thrash